**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                              :          Chapter 13

Robert Kukielka
Renata Kukielka


          Debtor(s)                      :          Bankruptcy No. 14-13196


NOTICE


To the debtor, debtor's counsel, and all parties in interest:

 NOTICE is hereby given that:

      1.    This matter is reassigned to the calendar of the
Honorable Eric L. Frank from the calendar of the
Honorable Richard E. Fehling.


Dated: July 15, 2019

                                                   FOR THE COURT


                                                   TIMOTHY B. MCGRATH
                                                   CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee