IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE:  Robert Kukielka and | : | CHAPTER 13 |
| Renata Kukielka, | : |  |
| Debtors | : | No. 14-13196 |

## **CERTIFICATE OF SERVICE**

    I, John A. DiGiamberardino, Esquire, attorney for debtors, certify that I served a true and correct copy of Motion to Reopen Case and proposed Order upon the following at the addresses listed below, by electronic means, on July 12, 2019:

Scott F. Waterman, Esquire (Trustee)
2901 St. Lawrence Ave., Ste. 100
Reading, PA  19606

Office of the U.S. Trustee
Custom House
200 Chestnut St., Ste. 502
Philadelphia, PA 19106-2912

Phillip D. Berger, Esquire
11 Elliott Ave., Ste. 100
Bryn Mawr, PA  19010
Attorney for Customers Bank

    I further certify that I served the Notice of Motion, Response Deadline and Hearing Date upon the above interested parties by electronic means on July 16, 2019.

                                                      s/John A. DiGiamberardino, Esquire