```
                            United States Bankruptcy Court
                            Eastern District of Pennsylvania
In re:                                                                  Case No. 14-13196-ref
Robert Kukielka                                                         Chapter 13
Renata Kukielka
        Debtors                     CERTIFICATE OF NOTICE
District/off: 0313-4          User: Antoinett              Page 1 of 2                  Date Rcvd: Jul 15, 2019
                              Form ID: pdf900              Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 17, 2019.
db/jdb         +Robert Kukielka,    Renata Kukielka,    171 Maidencreek Rd.,    Fleetwood, PA 19522-9269
smg            +Bureau of Audit and Enforcement,     City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,   P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,   Reading, PA 19601-4300
cr             +WELLS FARGO BANK, N.A.,    P.O. Box 29482,   Phoenix, AZ 85038-9482
13291316       +ACCOUNTS RECOVERY BUREAU,    555 VAN REED RD,   WYOMISSING, PA 19610-1756
13291317       +AMERICAN EXPRESS,    PO BOX 981537,   EL PASO, TX 79998-1537
13291318       +American Express,    Customer Service,    P.O. Box 981535,   El Paso, TX 79998-1535
13383619        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
13291320       +Apothaker & Associates, P.C.,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
13291321      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    POB 982238,    El Paso, TX 79998)
13291322       +Barclays Bank Delaware,    POB 8803,   Wilmington, DE 19899-8803
13291323       +Barry L. Moyer, Tax Collector,    8330 Schantz Rd.,    Breinigsville, PA 18031-1510
13291324        Berks County Tax Claim Bureau,    2nd Floor County Services Center,    633 Court Street,
                 Reading, PA 19601-4300
13291325       +Bridmar, Inc.,    7725 Main St.,   Fogelsville, PA 18051-1600
13291326       +Chase Auto Finance,    POB 901003,   Fort Worth, TX 76101-2003
13291327       +Colonial Savings Bank,    2624 West Fwy. Bldg. B,    Fort Worth, TX 76102-7177
13374608       +Colonial Savings, F.A.,    KML Law Group, P.C.,   701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
13291328       +County of Lehigh,    Government Center,    Fiscal Office - Room 119,    17 South Seventh Street,
                 Allentown, PA 18101-2401
13352999       +Customers Bank, successor to Berkshire Bank,    99 Bridge Street,    Phoenixville, PA 19460-3411
13393787       +John A. DiGiamberardino, Esquire,    845 N. Park Road,    Wyomissing, PA 19610-1342
13291332       +Lehigh County Tax Claim Bureau,    Government Center,    17 S. Seventh Street,
                 Allentown, PA 18101-2401
13291333        Mazda Capital Services,    P.O. Box 78069,    Phoenix, AZ 85062-8069
13291336       +NYS Dept. of Tax and Finance,    Audit Division-Binghamton D.O.-Sales Tax,    44 Hawley St.,
                 Binghamton, NY 13901-6643
13333355        New York State Department,    of Taxation and Finance,    Bankruptcy Section,   PO Box 5300,
                 Albany NY 12205-0300
13291335       +Norann L. Warmkessel, Tax Collector,    2237 Moselem Springs Road,    Fleetwood, PA 19522-9266
13291337       +Parente Beard,    Lockbox #7831 POB 8500,    Philadelphia, PA 19178-0001
13344902       +Parkland School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13513393       +Phillip D. Berger, Esquire,    11 Elliott Ave., Ste. 100,    Bryn Mawr, PA 19010-3407
13291340       +Portnoff Law Assoc.,    P.O. Box 391,   Norristown, PA 19404-0391
13291341       +Primary Financial Services, L.L.C.,    POB 40089,   Phoenix, AZ 85067-0089
13405982       +Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    1 Home Campus 3rd Floor,
                 Des Moines, IA 50328-0001
13324594       +Wells Fargo Bank, N.A.,    P.O. Box 29482,   MAC-4101-08C,    Phoenix, AZ 85038-9482
13291343        Wells Fargo Card Service,    Credit Bureau Resolution POB 14517,    Des Moines, IA 50306
13291344       +Wells Fargo Card Service,    Credit Disputes Resolution,    POB 14517,
                 Des Moines, IA 50306-3517
13291345       +Wells Fargo Card Service,    POB 14517,   Des Moines, IA 50306-3517
13291346        Wells Fargo Card Sevice,    Credit Bureau Resolution POB 14517,    Des Moines, IA 50306

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 16 2019 03:30:27     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13386110       +E-mail/Text: bankruptcydesk@colonialsavings.com Jul 16 2019 03:30:26     Colonial Savings,
                 P.O. Box 2988,    Fort Worth, Texas 76113-2988
13291329       +E-mail/Text: collections@customersbank.com Jul 16 2019 03:30:26     Customers Bank,
                 99 Bridge St.,    Phoenixville, PA 19460-3411
13291330        E-mail/Text: mrdiscen@discover.com Jul 16 2019 03:29:44     Discover Financial Services,
                 PO Box 15316,   Wilmington, DE 19850
13298819        E-mail/Text: mrdiscen@discover.com Jul 16 2019 03:29:44     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
13291331       +E-mail/PDF: gecsedi@recoverycorp.com Jul 16 2019 03:32:38     GECRB/Gap,   POB 965005,
                 Orlando, FL 32896-5005
13303947        E-mail/Text: bk.notifications@jpmchase.com Jul 16 2019 03:29:52     JPMorgan Chase Bank, N.A.,
                 National Bankruptcy Department,    P.O. Box 29505 AZ1-1191,    Phoenix, AZ 85038-9505
13291334       +E-mail/Text: M74banko@daimler.com Jul 16 2019 03:31:04     Mercedes Benz Financial Services,
                 POB 961,   Roanoke, TX 76262-0961
13291338        E-mail/Text: pearnf@parklandsd.org Jul 16 2019 03:30:28     Parkland School District,
                 1210 Springhouse Road,    Allentown, PA 18104-2119
13310405        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2019 03:30:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, Pa.   17128-0946
```

```
District/off: 0313-4          User: Antoinett            Page 2 of 2              Date Rcvd: Jul 15, 2019
                              Form ID: pdf900            Total Noticed: 51

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13291339         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 16 2019 03:30:01
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    Department 280946,
                  Harrisburg, PA 17128-0946
13291342        +E-mail/Text: bnc@alltran.com Jul 16 2019 03:29:45      United Recovery Systems,
                  c/o United Recovery Systems,   5800 North Course Drive,    Houston, TX 77072-1613
                                                                                             TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
cr*             +Customers Bank, successor to Berkshire Bank,    99 Bridge Street,    Phoenixville, PA 19460-3411
cr*             +Parkland School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                  Norristown, PA 19404-3020
13291319*       +American Express,    Customer Service,   P.O. Box 981535,    El Paso, TX 79998-1535
13398616*        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13398617*        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13316490      ##+Customers Bank, successor to Berkshire Bank,    Phillip D. Berger, Esq.,    Berger Law Group, PC,
                  11 Elliott Avenue, Suite 100,    Bryn Mawr, PA 19010-3407
                                                                                         TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 15, 2019 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Parkland School District jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOHN A. DIGIAMBERARDINO    on behalf of Defendant Renata  Kukielka jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Defendant Robert  Kukielka jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Debtor Robert  Kukielka jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOHN A. DIGIAMBERARDINO    on behalf of Joint Debtor Renata  Kukielka jad@cdllawoffice.com,
               dmk@cdllawoffice.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Colonial Savings, F.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              PHILLIP D. BERGER    on behalf of Creditor    Customers Bank, successor to Berkshire Bank
               berger@bergerlawpc.com, kaufmann@bergerlawpc.com
              PHILLIP D. BERGER    on behalf of Plaintiff    Customers Bank, successor to Berkshire Bank
               berger@bergerlawpc.com, kaufmann@bergerlawpc.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Colonial Savings, F.A. bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Colonial Savings, F.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 14
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re                                              :          Chapter 13

Robert Kukielka
Renata Kukielka

        Debtor(s)                        :          Bankruptcy No. 14-13196

## NOTICE

To the debtor, debtor's counsel, and all parties in interest:

NOTICE is hereby given that:

1. This matter is reassigned to the calendar of the Honorable Eric L. Frank from the calendar of the Honorable Richard E. Fehling.

Dated: July 15, 2019

                                    FOR THE COURT

                                    TIMOTHY B. MCGRATH
                                    CLERK

cc:
Judge(s)
Debtor
Counsel to Debtor
Trustee
US Trustee